IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**OCTAVIOUS DEMOND HARDIN**                                                              **PLAINTIFF**

V.                                    **CASE NO. 4:25-cv-00791 JM**

**WOODLAND INTERNATIONAL**
**RESEARCH GROUP,** *et al.*                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 8th day of August, 2025.

_____
UNITED STATES DISTRICT JUDGE